**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 02-50001

MARY KLONTZ, et al.,

Plaintiffs - Appellees,

VERSUS

GARLOCK, INC.,

Defendant - Appellant.

Appeal from the United States District Court
For the Western District of Texas, Austin Division

(A-01-CV-718 JRN)

January 8, 2002

Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM[*]:

Before us is an Emergency Motion for Stay Pending Appeal entered by co-defendant Garlock, Inc., in the case styled *Klontz v. AC and S, Inc., et al.,* as litigated in the district court.

Garlock's motion for stay is denied. *See Arnold v. Garlock, Inc.*, No. 01-41327, 2001 U.S. App. LEXIS 27375, at *1 (5th Cir. Dec. 28, 2001).

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.